JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GATHRITE, | Case No. CV 15-07520-DTB |
| Petitioner, | |
| vs. | **JUDGMENT** |
| SUZANNE M. PEERY, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Granting Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the action is dismissed with prejudice as untimely.

DATED: February 16, 2016

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1